UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOHN ARTHUR JOHNSON,

                Plaintiff,

    -against-

MABLE A. DOYLE; RODNEY DOYLE;
ROBERT DOYLE,

                Defendants.
----------------------------------------------------------X

**CIVIL JUDGMENT**
12-CV-04723 (RRM)(MDG)

Pursuant to the order issued November 5, 2012 by the undersigned, dismissing the

complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief

may be granted; it is **ORDERED, ADJUDGED AND DECREED**:  That the complaint is

hereby dismissed.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from

the Court's Order would not be taken in good faith.

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge

Dated: Brooklyn, New York
       November 5, 2012